SEYFARTH SHAW LLP
Brian T. Ashe (SBN 139999)
bashe@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
as a Receiver for First Republic Bank

LAW OFFICES OF PHIL HOROWITZ
Philip B. Horowitz (SBN 111624)
phil@philhorowitz.com
Christopher Patrick Banks (SBN 279895)
chrisbanks2011@gmail.com
505 14th Street, Suite 600
Oakland, CA 94612
Telephone: (510) 292-6244

Attorneys for Plaintiff
JOHNNY VALVERDE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| JOHNNY VALVERDE,<br><br>              Plaintiff,<br>   v.<br><br> FEDERAL DEPOSIT INSURANCE CORPORATION as a Receiver for First Republic Bank ,<br><br>              Defendant. | Case No:. 3:23-cv-03653-AMO<br>Assigned to: Judge Araceli Martinez-Olguin<br><br>**JOINT STIPULATION FOR STAY PENDING EXHAUSTION OF ADMINISTRATIVE CLAIMS PROCESS AND [PROPOSED] ORDER**<br><br>Date Filed: 07/24/2023 |

WHEREAS, on July 24, 2023, the Federal Deposit Insurance Corporation as Receiver for First Republic Bank (FDIC-R) removed this action from the JAMS arbitration service;

WHEREAS, on September 4, 2023, Plaintiff's counsel submitted a Brief on Damages to the FDIC-R;

WHEREAS, the FDIC-R has up to 180 days to review each claim relating the First Republic Bank (FRB), and grant or deny those claims (in whole or in part) (*see* 12 U.S.C. § 1821(d)(5)(A)(i));

WHEREAS, as to Plaintiff's claim, the FDIC-R has until March 4, 2023 to administer Plaintiff's claims. *See* 12 U.S.C. § 1821(d)(13)(D); *Stamm v. Paul*, 121 F.3d 635, 639 (11th Cir. 1997); *FDIC v. Shain, Schaffer & Rafanello*, 944 F.2d 129, 136 (3d Cir. 1991); and

WHEREAS, because Plaintiff is proceeding through the FDIC-R administrative review, the Parties agree that staying the instant action is in the best interest of the Parties and judicial economy;

NOW THEREFORE, it is hereby stipulated by and between the undersigned, subject to Court approval, that:

1. This action be stayed until March 4, 2024, or within seven days after Plaintiff's administrative claims are adjudicated by the FDIC-R, whichever comes first;
2. The parties shall file a status report on March 10, 2024, or within seven days after the claim is determined, whichever comes first; and
3. For such other time as this Court finds appropriate.

DATED: October 31, 2023                     Respectfully submitted,

                                            SEYFARTH SHAW LLP


                                            By:*/s/ Brian T. Ashe*
                                                Brian T. Ashe
                                                Attorneys for Defendant
                                                FEDERAL DEPOSIT INSURANCE
                                                CORPORATION AS A RECEIVER FOR
                                                FIRST REPUBLIC BANK

DATED: October 31, 2023

Respectfully submitted,
LAW OFFICES OF PHIL HOROWITZ

By: */s/ Philip B. Horowitz*
Christopher Patrick Banks
Philip B. Horowitz
Attorneys for Plaintiff JOHNNY VALVERDE

## ATTESTATION

Pursuant to Civil L.R. 5-1(i), the undersigned hereby attests that all signatories listed above, and on whose behalf this document is submitted, concur in and have authorized the filing of this Joint Motion.

*/s/ Brian T. Ashe*
Brian T. Ashe

## [PROPOSED] ORDER

PURSUANT TO JOINT STIPULATION:

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Hon. Araceli Martinez-Olguin