1  JEFFREY J. ZUBER  (SBN 220830)
     *jzuber@zuberlawler.com*
2  TOMAS A. ORTIZ  (SBN 188873)
     *tortiz@zuberlawler.com*
3  **ZUBER LAWLER LLP**
   350 S. Grand Avenue, 32nd Floor
4  Los Angeles, California 90071
   Telephone:  (213) 596-5620
5  Facsimile:  (213) 596-5621

6  Attorneys for Federal Deposit Insurance
   Corporation as Receiver for First Republic Bank
7

8  **LAW OFFICES OF PHIL HOROWITZ**
   Philip B. Horowitz (SBN 111624)
9   *phil@philhorowitz.com*
   Christopher Patrick Banks (SBN 279895)
10  *chrisbanks2011@gmail.com*
   505 14th Street, Suite 600
11 Oakland, CA 94612
   Telephone: (510) 292-6244
12
   Attorneys for Plaintiff
13 Johnny Valverde

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHNNY VALVERDE, | Case No. 3:23-cv-03653-AMO |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT, REQUEST FOR SCHEDULING CONFERENCE; [PROPOSED] ORDER** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for First Republic Bank, | |
| Defendant. | |

Plaintiff Johnny Valverde ("Valverde") and Defendant Federal Deposit Insurance Corporation as Receiver for First Republic Bank ("FDIC-R"), (together the "Parties"), by and through their respective counsel, submit the following Joint Status Report pursuant to the Court's Order on the Parties' Joint Stipulation for Stay (Dkt. 11).

On March 1, 2024 the FDIC-R issued its notice of disallowance of Valverde's administrative claim. Accordingly, the stay is no longer in effect and this case may proceed. Counsel for the parties have met and conferred regarding this filing and request that the Court set a Scheduling Conference at its earliest convenience.

Dated:  March 8, 2024

**ZUBER LAWLER LLP**
JEFFREY J. ZUBER
TOMAS A. ORTIZ

By: _/s/ Jeffrey J. Zuber_
Attorneys for Federal Deposit Insurance Corporation as Receiver for First Republic Bank

Dated:  March 8, 2024

**LAW OFFICES OF PHIL HOROWITZ**
PHILIP B. HOROWITZ
CHRISTOPHER PATRICK BANKS

By: _/s/ Philip B. Horowitz_
Attorneys for Plaintiff Johnny Valverde

### CIVIL LOCAL RULE 5-1 ATTESTATION

I, Jeffrey J. Zuber, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that Philip B. Horowitz concurred in the filing of this document.

_/s/ Jeffrey J. Zuber_
Jeffrey J. Zuber

0005-1003 / 2421503.1

2

Case No. 3:23-cv-03653-AMO

JOINT STATUS REPORT, REQUEST FOR SCHEDULING CONFERENCE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Status Report and Request for Scheduling Conference, and good cause appearing therefore, the Court orders as follows:

A Scheduling Conference in this matter has been set for _____, 2024 at \_\_\_\_ a.m./p.m.

IT IS SO ORDERED.

DATED: _____  _____
ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT COURT JUDGE