Phil Horowitz (SBN 111624)
Chris Banks (SBN 279895)
Law Offices of Phil Horowitz
505 Fourteenth Street, Suite 600
Oakland, CA 94612
phil@philhorowitz.com
(415) 391-0111

Attorneys for Plaintiff
Johnny Valverde

Jeffrey J. Zuber (SBN 220830)
Tomas A. Ortiz (SBN 188873)
ZUBER LAWLER LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, CA 90071
jzuber@zuberlawler.com
tortiz@zuberlawler.com
(213) 596-5620

Attorneys for Federal Deposit Insurance Corporation
as Receiver for First Republic Bank

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY VALVERDE,<br>Plaintiff,<br>v.<br>FEDERAL DEPOSIT INSURANCE CORPORATION as a Receiver for First Republic Bank,<br>Defendant. | Case No. 3:23-cv-03653-AMO<br><br>**STIPULATION FOR DISMISSAL** |

///

///

///

///

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

DATED: May 6, 2025

LAW OFFICES OF PHIL HOROWITZ

By: /s/ Phil Horowitz

Phil Horowitz
Christopher Banks
Attorneys for Plaintiff
Johnny Valverde

DATED: May 6, 2025

ZUBER LAWLER LLP

By: ______________________

JEFFREY J. ZUBER
TOMAS A. ORTIZ
Attorneys for Federal Deposit Insurance Corporation as Receiver for First Republic Bank